UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 11-061 |
| DAVID DANGLER | SECTION "I" |

### ORDER

Considering the government's motion[1] to dismiss the indictment as to defendant, David Dangler,

**IT IS ORDERED** that the motion is **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 48(a), the indictment filed in the above-captioned case against David Dangler is **DISMISSED**.

New Orleans, Louisiana, January 7, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 52.